# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLOR JIMENEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF THE WEST, a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.:  2:21-cv-01512-WBS-DB<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL WITH PREJUDICE, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Complaint filed:    November 13, 2020 |

///
///
///
///
///
///
///
///

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

On October 15, 2021, Plaintiff filed a notice of voluntary dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) [Dkt. 6].

Upon due consideration, good cause appearing, the Court DISMISSES this action with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the proposed class. Each party must bear its own costs and attorneys' fees. The Clerk of Court is instructed to terminate all pending motions and deadlines, and close the case.

**IT IS SO ORDERED.**

Dated: October 18, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE